UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 1:09-CR-158 |
| | ) | |
| CHRISTOPHER B. JACK | ) | |

# O R D E R

On August 25, 2010, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant's plea of guilty to Counts One,

Two, and Three of the Indictment in exchange for the undertakings made by the government in

the written plea agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in

Counts One, Two, and Three of the Indictment; (c) that a decision on whether to accept the plea

agreement be deferred until sentencing; and (d) Defendant shall remain in custody pending

sentencing in this matter (Doc. 42). Neither party filed an objection within the given fourteen

days. After reviewing the record, the Court agrees with the magistrate judge's report and

recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's

report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Counts One, Two, and Three of the Indictment, in

exchange for the undertakings made by the government in the written plea agreement, is

**ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One, Two,

and Three of the Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(4) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Monday,**

**December 20, 2010, at 9:00 am**.

**SO ORDERED.**

**ENTER:**

_____/s/Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE